UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JAN 2 5 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. S1-4:17CR0594 CDP (NCC) |
| JUSTIN ISAIAH MORROW, | ) ) ) |
| Defendant. | ) |

## SUPERSEDING INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about December 11, 2017, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

**JUSTIN ISAIAH MORROW,**

the Defendant herein, did knowingly obstruct, delay, and affect commerce and the movement of any article or commodity in commerce or attempt to do so by robbery of Burger King, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

### COUNT TWO

The Grand Jury further charges that:

On or about December 11, 2017, in the Eastern District of Missouri,

**JUSTIN ISAIAH MORROW,**

the defendant herein, did knowingly possess, brandish, and discharge a firearm in furtherance of a

crime of violence which may be prosecuted in a court of the United States; to wit: obstructing, delaying, or affecting commerce by robbery, as charged in Count One herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT THREE

The Grand Jury charges that:

On or about December 11, 2017, in the City of St. Louis, Missouri, within the Eastern District of Missouri,

### JUSTIN ISAIAH MORROW,

the Defendant herein, did knowingly obstruct, delay, and affect commerce and the movement of any article or commodity in commerce or attempt to do so by robbery of Family Dollar, a commercial establishment engaged in interstate or foreign commerce and in the business of buying and selling articles and commodities that have previously been transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1951(a), and punishable under Title 18, United States Code, Section 1951(a).

## COUNT FOUR

The Grand Jury further charges that:

On or about December 11, 2017, in the Eastern District of Missouri,

### JUSTIN ISAIAH MORROW,

the defendant herein, did knowingly possess and brandish a firearm in furtherance of a crime of violence which may be prosecuted in a court of the United States; to wit: obstructing, delaying, or affecting commerce by robbery, as charged in Count Three herein.

In violation of Title 18, United States Code, Section 924(c)(1)(A) and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney


_____
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney